## COMMONWEALTH *vs.* AUSTIN B. TUTTLE.

A defendant may be convicted of three or more separate sales of spirituous liquors in several counts in the same indictment, although the same testimony would have proved him a common seller.

THE defendant was convicted of three single sales of spirituous liquor in one indictment of several counts, in the court of common pleas, before *Briggs*, J., at the October term, 1853; and excepted to his rulings, among other reasons because "an indictment cannot be sustained, charging several acts of sale, if the acts charged and proved were sufficient to constitute the defendant a common seller, because the separate sales are merged in the higher offence "

*O. P. Lord*, for the defendant.

*R. Choate*, (attorney-general,) for the commonwealth.

BY THE COURT. Each of the several sales charged being proved, convictions may be had thereon, although three or more are charged and proved. It is not an objection that the defendant can take, that he might have been charged and convicted as a common seller. *Exceptions overruled.*